UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON HILL, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | HON. STANLEY R. CHESLER<br><br>*Civil Action No.* 2:17-cv-10425-SRC-SCM<br><br>STIPULATION OF<br>DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, through the undersigned attorneys, hereby stipulate that:

1. The complaint and this action should be dismissed with prejudice;

2. Each party shall bear its own costs, fees and expenses.

Dated: October 9, 2019                                     Respectfully submitted,

PERROTTA, FRASER                                          CRAIG CARPENITO
& FORRESTER, LLC                                          UNITED STATES ATTORNEY
Attorneys for the Plaintiff                               Attorney for the Defendants

*s/Michael J. Forrester, Esq.*                            *s/Allan B. K. Urgent*

MICHAEL J. FORRESTER, ESQ.                                ALLAN B. K. URGENT
PERROTA, FRASER                                           Assistant United States Attorney
& FORRESTER, LLC                                          U.S. Attorney's Office
16 Valley Road                                            970 Broad Street, Suite 700
Clark, NJ 07066                                           Newark, NJ 07102
Tel: (732) 680-1400                                       Tel: (973) 297-2079