CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON HILL, ET AL., | HON. STANLEY R. CHESLER |
| Plaintiffs, | Civil Action No. 2:17-cv-10425-SRC-SCM |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, through the undersigned attorneys, hereby stipulate that:

1. The complaint and this action should be dismissed with prejudice;
2. Each party shall bear its own costs, fees and expenses.

Dated: October 9, 2019

PERROTTA, FRASER
& FORRESTER, LLC
Attorneys for the Plaintiff

s/Michael J. Forrester, Esq.

MICHAEL J. FORRESTER, ESQ.
PERROTA, FRASER
& FORRESTER, LLC
16 Valley Road
Clark, NJ 07066
Tel: (732) 680-1400

Respectfully submitted,

CRAIG CARPENITO
UNITED STATES ATTORNEY
Attorney for the Defendants

s/Allan B. K. Urgent

ALLAN B. K. URGENT
Assistant United States Attorney
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 297-2079

10/15/19

SO ORDERED: _____

Honorable Stanley R. Chesler
United States District Court Judge